FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 18 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

CHRISTIAN SANCHEZ,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE WILLIAM
WARREN, TR# 833467, DETECTIVE PETER
HOEFLINGER, TR # 923952, DETECTIVE
BRUCE TULLOCH, TR #9334529 and Officer JOHN DOE,
Assigned to the NBBN and 73rd Precincts of the NYPD,
In their Individual and Official Capacities.

                                          Defendants.

--------------------------------------------------------------- X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

12 CV 6115 (WFK) (JMA)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, against defendants The City of New York, Detective William Warren, Detective Peter Hoeflinger, Detective Bruce Tulloch, and Officer John Doe, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       June 17, 2014

ROBINSON & YABLON, P.C.
*Attorneys for Plaintiff*

By: _____
Andrew M. Laskin, Esq.
232 Madison Avenue
Suite 1200
New York, New York 10016
212.725.8566

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for defendants City,*
*Warren, Hoeflinger, and Tulloch*

By: _____
Erica M. Haber
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
212.356.3545

The application is ✓ granted.
SO ORDERED   ~~denied~~
   s/William F. Kuntz
_____
William F. Kuntz, II, U.S.D.J.
Dated: June 17, 2014
    Brooklyn, New York